Motion by New York Committee for Occupational Safety and Health for leave to appear amicus curiae on the motions for reargument herein granted and the affirmation is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER-SHIP et al., Appellants.

Submitted March 25, 2013; decided June 27, 2013

Motion by Injured Workers Bar Association for leave to file a brief amicus curiae on the motions for reargument herein granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER-SHIP et al., Appellants.

Submitted March 25, 2013; decided June 27, 2013

Motion by New York State AFL-CIO et al. for leave to file a brief amici curiae on the motions for reargument herein granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER-SHIP et al., Appellants.

Submitted April 1, 2013; decided June 27, 2013

Motion by New York State Bar Association for leave to file a brief amicus curiae on the motions for reargument herein